UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TRACEY GODFREY,

               Petitioner

Case No. CV-23-156-M-DWM

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of December 21, 2023 (Doc. 2), this action is DISMISSED.

      Dated this 21st day of December, 2023.

               TYLER P. GILMAN, CLERK

               By: /s/ Sarah Nagy
               Sarah Nagy, Deputy Clerk